# United States District Court

### WESTERN DISTRICT OF WASHINGTON

KIMBERLY KAY PATTERSON

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5296BHS

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $4,266.00 and expenses of $49.00 pursuant to 28 U.S.C. §2412 and costs of $350.00 as set out at 28 U.S.C. §1920.


| | |
|---|---|
| ___October 31, 2008___ | ___BRUCE RIFKIN___ |
| Date | Clerk |
| | ___s/CM Gonzalez___ |
| | Deputy Clerk |