# United States District Court

WESTERN DISTRICT OF WASHINGTON

KIMBERLY KAY PATTERSON

                JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5296BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $6,422.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,266.00 that previously were awarded, leaving a net fee of $2,156.00. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to sent to Plaintiff's attorney the net balance of $2,156.00, minus any applicable processing fees as allowed by statute.

| July 22, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                               *s/CM Gonzalez*
                                               Deputy Clerk